U.S. MARSHALS SERVICE
PROVIDENCE, RI

2019 AUG -6 PM 1:0*

RECEIVED

July 30, 2019

United States Marshal's Service
U.S. District Court
District of Rhode Island
Providence, Rhode Island   02903-1779

RE: Enclosed Notice By Marshal's Service

Dear Marshal's Service:

   Please destroy the legal material send to you, which your office replied to via the enclosed letter, dated July 23, 2019.

   Another form of service has been used in lieu of the Marshal's Service.

   Thank you for your prompt response.

Respectfully submitted,

*Richard Ferreira*
Richard Ferreira
Pro se
P.O. Box-8000
Shirley, Massachusetts 01464

cc: file

FILED 2019 AUG -6 P 3:38 DISTRICT COURT RHODE ISLAND