AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Richard Ferreira, Pro se _____ *Plaintiff(s)* v. Town of Lincoln, Rhode Island _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1-19-CV-00200-JJM-PAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Town of Lincoln
100 Old River Road
Lincoln, Rode Island 02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **June 28, 2019** _____

**/s/ Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $ 0.00    for travel and $ 0.00    for services, for a total of $   0.00
      Cost of Certified Return Receipt Requested Mail Postage
                                                      only.
I declare under penalty of perjury that this information is true.

Date:  July 31, 2019

_____
*Server's signature*

Richard Ferreira, Pro se
*Printed name and title*

Post Office Box-8000
Shirley, Massachusetts, 01464

_____
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TOWN OF LINCOLN
100 Old River Rd.
Lincoln, R.I.
02865

9590 9402 4365 8190 9374 65

2. Article Number (Transfer from service label)

7018 2290 0001 4635 9706

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☒ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To
Town of Lincoln
Street and Apt. No., or PO Box No.
100 Old River Road
City, State, ZIP+4
Lincoln, R.I. 02865

7018 2290 0001 4635 9706

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Richard Ferreira, Pro se | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No.  1-19-CV-00200-JJM-PAS |
| Lincoln Police Department | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lincoln Police Department
Town of Lincoln
100 Old River Road
Lincoln, Rhode Island   02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P O. Box-8000
Shirley, Massachusetts  01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 28, 2019**
_____

/s/ Hanorah Tyer-Witek
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019  .

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $ 0.00   for travel and $ 0.00   for services, for a total of $   .0.00

         Cost of Certified Return Receipt Requested Mail Postage
                                only.

I declare under penalty of perjury that this information is true.

Date:  July 31, 2019

                       _____
                               *Server's signature*

           Richard Ferreira, Pro se
                            *Printed name and title*

           Post Office Box-8000
           Shirley, Massachusetts, 01464

                               *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☒ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$
Sent To Lincoln Police Department,
Street and Apt. No., or PO Box No. 100 Old River Road
City, State, ZIP+4® Lincoln, R.I. 02865

Postmark
Here

7017 0660 0000 9418 5244

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LINCOLN POLICE
DEPARTMENT
100 Old River Rd.
Lincoln, R.I.
02865

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4365 8190 9374 89

2. Article Number *(Transfer from service label)*
7017 0660 0000 9418 5244

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                            ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Richard Ferreira, Pro se | ) ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  1-19-CV-00200-JJM-PAS |
| v. | ) ) ) | |
| Chief of Police | ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Chief of Police
Lincoln Police Department
100 Old River Road
Lincoln, Rhode Island   02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **June 28, 2019**
_____

**/s/ Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*   July 8, 2019

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $ 0.00      for travel and $ 0.00      for services, for a total of $      0.00

Cost of Certified Return Receipt Requested Mail Postage
only.

I declare under penalty of perjury that this information is true.

Date:  July 31, 2019

_____
*Server's signature*

Richard Ferreira, Pro se
*Printed name and title*

Post Office Box-8000
Shirley, Massachusetts, 01464

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☒ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Chief of Police, Lincoln Police Dept.
Street and Apt. No., or PO Box No.
100 Old River Road
City, State, ZIP+4®
Lincoln, R.I. 02865

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7018 2290 0001 4635 9690

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

CHIEF OF POLICE
Lincoln Police
100 Old River Rd.
Lincoln, R.I.
02865

9590 9402 4365 8190 9467 57

2. Article Number *(Transfer from service label)*

7018 2290 0001 4635 9690

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                               ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| Richard Ferreira, Pro se <br> _____ <br> *Plaintiff(s)* <br> v. <br> Captain Phillip Gould <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  1-19-CV-00200-JJM-PAS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Captain Phillip Gould
Lincoln Police Department
100 Old River Road
Lincoln, Rhode Island  02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O Box 8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **June 28, 2019**                        **/s/ Hanorah Tyer-Witek**
                                                         **Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $ 0.00   for travel and $ 0.00   for services, for a total of $     0.00

  Cost of Certified Return Receipt Requested Mail Postage
                                                          only.
I declare under penalty of perjury that this information is true.


Date:  July 31, 2019           _____
                                          *Server's signature*

                               Richard Ferreira, Pro se
                                          *Printed name and title*

                               Post Office Box-8000
                               Shirley, Massachusetts, 01464

                               _____
                                          *Server's address*


Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To
Captain Phillip Gould, Lincoln Police
*Street and Apt. No., or PO Box No.*
100 Old River Road
*City, State, ZIP+4®*
Lincoln, R.I. 02865

7017 0660 0000 9418 5237

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PHILLIP GOULD
LINCOLN POLICE
100 Old River Rd.
Lincoln, R.I.
02865

9590 9402 4365 8190 9373 80

2. Article Number *(Transfer from service label)*

7017 0660 0000 9418 5237

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____          ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| Richard Ferreira, Pro se<br>_____<br>*Plaintiff(s)*<br>v.<br>Detective Lieutenant<br>Dana L. Parker<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1-19-CV-00200-JJM-PAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Detective Lieutenant Dana L. Parker
Lincoln Police Department
100 Old River Road
Lincoln, Rhode Island  02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __June 28, 2019_____

__/s/ Hanorah Tyer-Witek_____
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Requested Mail, on each Defendant.

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00

           Cost of Certified Return Receipt Requested Mail Postage
                                                         only.
I declare under penalty of perjury that this information is true.

Date: July 31, 2019

                                   _____
                                          *Server's signature*

                                   Richard Ferreira, Pro se
                                         *Printed name and title*

                                   Post Office Box-8000
                                   Shirley, Massachusetts, 01464

                                   _____
                                          *Server's address*

Additional information regarding attempted service, etc:

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
Detective Dana L. Parker, Lincoln P.D.
Street and Apt. No., or PO Box No.
100 Old River Road
City, State, ZIP+4®
Lincoln, R.I. 02865

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 0660 0000 9418 5220

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DANA L. PARKER
LINCOLN POLICE
100 Old River Rd.
Lincoln, R.I.
02865

9590 9402 4365 8190 9373 73

2. Article Number *(Transfer from service label)*
7017 0660 0000 9418 5220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Gary Price*          ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Richard Ferreira, Pro se | ) )<br>)<br>)<br>)<br>) |
| _Plaintiff(s)_ | ) |
| v. | )<br>) |
| | )<br>) |
| Detective Chris Nightingale | )<br>) |
| _Defendant(s)_ | ) |

Civil Action No. 1-19-CV-00200-JJM-PAS

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Detective Chris Nightingale
Lincoln Police Department
100 Old River Road
Lincoln, Rhode Island  02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley, Massachusetts  01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __June 28, 2019__

__/s/ Hanorah Tyer-Witek__
__Clerk of Court__

A.O 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019  .

   ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

   ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

   ☐ I returned the summons unexecuted because _____ ; or

XXXXX ☒ Other *(specify):*  Service was made pursuant to the ORDER of the United States District Court, District of Rhode Island, Judge John J. McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $ 0.00   for travel and $ 0.00   for services, for a total of $   0.00

      Cost of Certified Return Receipt Requested Mail Postage only.

I declare under penalty of perjury that this information is true.

Date:  July 31, 2019

                                 *Server's signature*

Richard Ferreira, Pro se
                        *Printed name and title*

Post Office Box-8000
Shirley, Massachusetts, 01464

                         *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

O F F I C I A L   U S E

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☑ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$

Sent To
Officer Chris Nightingale, Lincoln P.D.
Street and Apt. No., or PO Box No.
100 Old River Road
City, State, ZIP+4®
Lincoln, R.I. 02865

See Reverse for Instructions
PS Form 3800, April 2015 PSN 7530-02-000-9047

7017 0660 0000 9418 5183

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHRIS NIGHTINGALE
Lincoln Police
100 Old River Rd.
Lincoln, R.I.
       02865



9590 9402 4365 8190 9467 33

2. Article Number (Transfer from service label)
7017 0660 0000 9418 5183

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                      ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Richard Ferreira, Pro se | ) ) ) ) ) ) ) ) ) ) ) ) |
| _____ | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1-19-CV-00200-JJM-PAS |
| Detective Gorman | |
| _____ | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Detective Gorman
Lincoln Police Department
100 Old River Road
Lincoln, Rhode Island 02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **June 28, 2019**
_____

**/s/ Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*  <u>July 8, 2019</u>

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $ 0.00   for travel and $ 0.00   for services, for a total of $   0.00

    Cost of Certified Return Receipt Requested Mail Postage
                                                    only.
I declare under penalty of perjury that this information is true.

Date: <u>July 31, 2019</u>                    _____
                                              *Server's signature*

                                          Richard Ferreira, Pro se
                                              *Printed name and title*

                                          Post Office Box-8000
                                          Shirley, Massachusetts, 01464

                                              _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☒ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
Detective Gorman, Lincoln Police Dept.
Street and Apt. No., or PO Box No.
100 Old River Road
City, State, ZIP+4®
Lincoln, R.I.  02865

7018 2290 0001 4635 5418

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DETECTIVE GORMAN
Lincoln Police
100 Old River Rd.
Lincoln, R.I.
02865

9590 9402 4365 8190 9374 34

2. Article Number (Transfer from service label)
7018 2290 0001 4635 5418

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____        ☐ Agent
                          ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| Richard Ferreira, Pro se | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | Civil Action No. 1-19-CV-00200-JJM-PAS |
| v. | ) ) | |
| Sergeant Jason Bolduc | ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Sergeant Jason Bolduc
Lincoln Police Department
100 Old River Road
Lincoln. Rhode Island 02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 28, 2019**

/s/ Hanorah Tyer-Witek
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* ____July 8, 2019____

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $ 0.00  for travel and $ 0.00  for services, for a total of $  0.00

Cost of Certified Return Receipt Requested Mail Postage
only.

I declare under penalty of perjury that this information is true.

Date: July 31, 2019

_____
Server's signature

Richard Ferreira, Pro se
*Printed name and title*

Post Office Box-8000
Shirley, Massachusetts, 01464

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O F F I C I A L   U S E

| | |
|---|---|
| Certified Mail Fee | |
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☒ Return Receipt (hardcopy) | $ _____ |
| ☐ Return Receipt (electronic) | $ _____ |
| ☒ Certified Mail Restricted Delivery | $ _____ |
| ☐ Adult Signature Required | $ _____ |
| ☐ Adult Signature Restricted Delivery | $ _____ |

Postmark
Here

Postage
$

Total Postage and Fees

Sent To
Officer Jason Bolduc, Lincoln P.D.
Street and Apt. No., or PO Box No.
100 Old River Road
City, State, ZIP+4®
Lincoln, R.I. )2865

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

5401
4635
0001
2290
7018

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JASON BOLDUC
Lincoln Police
100 Old River Rd.
Lincoln, R.I.
02865

9590 9402 4365 8190 9374 41

2. Article Number *(Transfer from service label)*

7018 2290 0001 4635 5401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mary Perry_        ☐ Agent
                      ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| Richard Ferreira  Pro se | ) ) ) ) ) ) ) ) ) ) ) |
| _____ *Plaintiff(s)* | |
| v. | Civil Action No. 1-19-CV-00200-JJM-PAS |
| Sergeant Walter M. Paszek | |
| _____ *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sergeant Walter M  Paszek
Lincoln Police Department
100 Old River Road
Lincoln, Rhode Island 02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 28, 2019**
_____

**/s/ Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019   ____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00

Cost of Certified Return Receipt Requested Mail Postage
only.

I declare under penalty of perjury that this information is true.

Date:  July 31, 2019

Server's signature

Richard Ferreira, Pro se
*Printed name and title*

Post Office Box-8000
Shirley, Massachusetts, 01464

*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee |
| Extra Services & Fees (check box, add fee as appropriate) |
| ☒ Return Receipt (hardcopy) $ |
| ☐ Return Receipt (electronic) $ |
| ☒ Certified Mail Restricted Delivery $ |
| ☐ Adult Signature Required $ |
| ☐ Adult Signature Restricted Delivery $ |
| Postage $ |
| Total Postage and Fees $ |

Postmark
Here

AUG

Sent To Sgt. Walter M. Paszek, Lincoln Police
Street and Apt. No., or PO Box No. 100 Old River Road
City, State, ZIP+4® Lincoln, R.I. 02865

7018 2290 0001 4635 5395

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WALTER M. PASZEK
Lincoln Police
100 Old River Rd.
Lincoln, R.I.
02865

9590 9402 4365 8190 9374 58

2. Article Number (Transfer from service label)

7018 2290 0001 4635 5395

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| Richard Ferreira, Pro se _____ *Plaintiff(s)* v. LPD Officer Stephen Rodrigues _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1-19-CV-00200-JJM-PAS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LPD Officer Stephen Rodrigues
Lincoln Police Department
100 Old River Road
Lincoln, Rode Island   02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box-8000
Shirley Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 28, 2019** _____

**/s/ Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*   Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

Cost of Certified Return Receipt Requested Mail Postage
only.

I declare under penalty of perjury that this information is true.

Date:  July 31, 2019

                                      *Server's signature*

                    Richard Ferreira, Pro se
                                      *Printed name and title*

                    Post Office Box-8000
                    Shirley, Massachusetts, 01464


                                      *Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Mary Riley*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>STEPHEN RODRIGUES<br>Lincoln Police<br>100 Old River Rd.<br>Lincoln, R.I.<br>02865 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4365 8190 9374 72 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 2290 0001 4635 9683 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Lincoln Police Officer Stephen Rodrigues
Street and Apt. No., or PO Box No.
100 Old River Road
City, State, ZIP+4®
Lincoln, R.I. 02865

7018 2290 0001 4635 9683

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Richard Ferreira, Pro se | ) )  ) )  ) ) |
| _____ | |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. 1-19-CV-00200-JJM-PAS |
| | ) ) |
| LPD Officer Joseph Anterni | ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LPD Officer Joseph Anterni
Lincoln Police Department
100 Old River Road
Lincoln, Rhode Island 02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box-8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **June 28, 2019**                                          */s/ Hanorah Tyer-Witek*
_____                          _____
                                                                      **Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $ 0.00   for travel and $ 0.00   for services, for a total of $ _____0.00_____

Cost of Certified Return Receipt Requested Mail Postage
only.

I declare under penalty of perjury that this information is true.

Date:  July 31, 2019

_____
*Server's signature*

Richard Ferreira, Pro se
*Printed name and title*

Post Office Box-8000
Shirley, Massachusetts, 01464

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☒ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To:
Officer Joseph Anterni, Lincoln, P.D.
Street and Apt. No., or PO Box No.
100 Old River Road
City, State, ZIP+4®
Lincoln, R.I. 02865

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 2290 0001 4635 5045

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:   JOSEPH ANTERNI
   Lincoln Police
   100 Old River Rd.
   Lincoln, R.I.
   02865

9590 9402 4365 8190 9374 27

2. Article Number *(Transfer from service label)*
7018 2290 0001 4635 5043

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                       ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053              Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| Richard Ferreira, Pro se | ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) )  Civil Action No. 1-19-CV-00200-JJM-PAS |
| v. | ) ) |
| LPD Officer Legere | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LPD Officer Legere
Lincoln Police Department
100 Old River Road
Lincoln, Rhode Island  02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __June 28, 2019__

_____
/s/ Hanorah Tyer-Witek
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify)*:  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $  0.00    for travel and $  0.00    for services, for a total of $    0.00
Cost of Certified Return Receipt Requested Mail Postage
only.

I declare under penalty of perjury that this information is true.

Date:  July 31, 2019

_____
*Server's signature*

Richard Ferreira, Pro se
*Printed name and title*

Post Office Box-8000
Shirley, Massachusetts, 01464

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O F F I C I A L   U S E

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☒ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

AUG - 2 2019

Postage
$

Total Postage and Fees
$

*Sent To*
Officer Legere, Lincoln Police Dept.
*Street and Apt. No., or PO Box No.*
100 Old River Road
*City, State, ZIP+4®*
Lincoln, R.I. 02865

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7017 0660 0000 9418 5190

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICER LEGERE
Lincoln Police
100 Old River Rd.
Lincoln, R.I.
02865

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4365 8190 9374 10

2. Article Number *(Transfer from service label)*
7017 0660 0000 9418 5190

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____          ☐ Agent
                             ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☒ Return Receipt for Merchandise
☐ Collect on Delivery                 ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| Richard Ferreira, Pro se | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | Civil Action No. 1-19-CV-00200-JJM-PAS |
| v. | ) ) ) | |
| LPD Officer Kinniburg | ) ) ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LPD Officer Kinniburg
Lincoln Police Department
100 Old River Road
Lincoln, Rhode Island   02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 28, 2019**

**/s/ Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $ 0.00   for travel and $ 0.00   for services, for a total of $   0.00 .

Cost of Certified Return Receipt Requested Mail Postage
only.

I declare under penalty of perjury that this information is true.

Date:  July 31, 2019

_____
*Server's signature*

Richard Ferreira, Pro se
*Printed name and title*

Post Office Box-8000
Shirley, Massachusetts, 01464

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☒ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Officer Kinniburg, Lincoln Police Dept.
Street and Apt. No., or PO Box No.
100 Old River Road
City, State, ZIP+4®
Lincoln, R.I. 02865

7017 0660 0000 9418 5206

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: OFFICER KINNIBURG
   Lincoln Police
   100 Old River Rd.
   Lincoln, R.I.
      02865

║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║
9590 9402 4365 8190 9374 03

2. Article Number (Transfer from service label)
7017 0660 0000 9418 5206

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Richard Ferreira, Pro se | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1-19 CV 00200-JJM-PAS |
| | ) |
| LPD Officer Sexton | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LPD Officer Sexton
Lincoln Police Department
100 Old River Road
Lincoln, Rhode Island 02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __June 28, 2019__          /s/ Hanorah Tyer-Witek
                                **Clerk of Court**

A.O 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*  July 8, 2019 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $  0.00   for travel and $  0.00   for services, for a total of $   0.00

       Cost of Certified Return Receipt Requested Mail Postage
I declare under penalty of perjury that this information is true.                    only.

Date:  July 31, 2019

_____
*Server's signature*

Richard Ferreira, Pro se
*Printed name and title*

Post Office Box-8000
Shirley, Massachusetts, 01464

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

AUG 2019

Postage
$

Total Postage and Fees
$

Sent To:
Officer Sexton, Lincoln Police Dept.
Street and Apt. No., or PO Box No.
100 Old River Road
City, State, ZIP+4®
Lincoln, R.I. 02865

7017 0660 0000 9418 5213

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:
   OFFICER SEXTON
   Lincoln Police
   100 Old River Rd.
   Lincoln, R.I.
      02865

9590 9402 4365 8190 9373 97

2. Article Number *(Transfer from service label)*
   7017 0660 0000 9418 5213

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                            ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| Richard Ferreira, Pro se | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1-19-CV-00200-JJM-PAS |
| The Rhode Island State Police | ) ) ) |
| *Defendant(s)* | ) ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The Rhode Island State Police
Scituate Barracks
311 Danielson Pike
North Scituate, Rhode Island   02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 28, 2019**

/s/ Hanorah Tyer-Witek
**Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019    .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify):*  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $  0.00   for travel and $  0.00   for services, for a total of $    0.00

Cost of Certified Return Receipt Requested Mail Postage
only.

I declare under penalty of perjury that this information is true.

Date:  July 31, 2019

_____
Server's signature

Richard Ferreira, Pro se
*Printed name and title*

Post Office Box-8000
Shirley, Massachusetts, 01464

_____
Server's address

Additional information regarding attempted service, etc:



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☑ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

AUG 2019

Postage
$

Total Postage and Fees
$

Sent To
Rhode Island State Police
Street and Apt. No., or PO Box No.
311 Danielson Pike
City, State, ZIP+4®
North Scituate, Rhode Island 02865

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 2290 0001 4635 5388

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHODE ISLAND
STATE POLICE
311 Danielson Pike
North Scituate
Rhode Island 02865

9590 9402 4365 8190 9467 40

2. Article Number (Transfer from service label)
7018 2290 0001 4635 5388

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Richard Ferreira, Pro se _____ *Plaintiff(s)* v. Superintendent James Manni _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1-19-CV-00200-JJM-PAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Superintendent James Manni
Rhode Island State Police
Scituate Barracks
311 Danielson Pike
North Scituate, Rhode Island  02865

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Ferreira, Pro se
P.O. Box 8000
Shirley, Massachusetts 01464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **June 28, 2019**                     /s/ **Hanorah Tyer-Witek**
                                              **Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*   July 8, 2019 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

XXXXX Other *(specify)*:  Service was made pursuant to the ORDER of the United
States District Court, District of Rhode Island, Judge John J.
McConnell, Jr., attached, and dated July 2, 2019, directing SERVICE
by Certified Return Receipt Requested Mail, on each Defendant.

My fees are $  0.00    for travel and $  0.00    for services, for a total of $    0.00

          Cost of Certified Return Receipt Requested Mail Postage
I declare under penalty of perjury that this information is true.                    only.

Date:  July 31, 2019

                              _Richard Ferreira_
                                   *Server's signature*

                              Richard Ferreira, Pro se
                                   *Printed name and title*

                              Post Office Box-8000
                              Shirley, Massachusetts, 01464

                                   *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Superintendent James Manni-State Police
Street and Apt. No., or PO Box No.
311 Danielson Pike
City, State, ZIP+4®
North Scituate, Rhode Island 02865

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7018 2290 0001 4635 9713

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   JAMES MANNI
   Superintendent
   311 Danielson Pike
   North Scituate
   Rhode Island
        02865

9590 9402 4365 8190 9374 96

2. Article Number *(Transfer from service label)*
7018 2290 0001 4635 9713

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt