UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Civil Docket No:
1:19-cv-00200-JJM-PAS

RICHARD FERREIRA
Plaintiff, Pro se

v.   WRITTEN OBJECTION OF RICHARD FERREIRA

TOWN OF LINCOLN, Et al.
Defendants

## OBJECTION

Richard Ferreira objects to the failure, or refusal, to adhere to, and follow the ORDER of this United States District Court, (USDC), dated November 5, 2019, ORDERING Defense Counsel to provide Discovery within 45 days. On December 21, 2019, Richard Ferreira, received a Discovery Response Package from Marc DeSisto, Esquire, that failed to include any ANSWER to INTERROGATORIES served on Defendant(s) Sean Gorman, and Phillip Gould, of the Lincoln Police Dept., (LPD), and/or producing Documents and Things related to these Defendant(s) only. See attached letter to Mr. DeSisto, outlining the relevance of these two Defendant(s). I have contacted Mr. DeSisto, thru the letter, and alerted him to the oversight of failing to provide the USDC ORDERED Discovery, and have given him, until January 9, 2020 to provide the Discovery. A failure to provide the Discovery by January 9, 2020, will lead to the actions listed in the

2

letter. A simple review of the attached letter from Mr. DeSisto, will reflect no Discovery Responses from Defendant(s) Gorman and Gould. The pages attached to the letter to Mr. DeSisto, will reflect that both Gorman and Gould, were served with the First Amended Complaint, as they were named Defendants therein. The First Amended Complaint had the Discovery Motions attached to it.

Respectfully submitted,                             December 24, 2019

*Richard Ferreira*

Richard Ferreira
Pro se - Incarcerated
P.O. Box-8000
Shirley, MA. 01464