UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Civil Docket No:
1:19-cv-00200-JJM-PAS

| | |
|---|---|
| RICHARD FERREIRA<br>Plaintiff, Pro se<br><br>v.<br><br>TOWN OF LINCOLN, Et al.<br>Defendants | PLAINTIFF'S MOTION FOR COURT ORDERED RETURN OF $25,997.39 SEIZED FROM THE PLAINTIFF, OR IN THE ALTERNATIVE, PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ORDERING THE RETURN OF THE SUM OF $25,997.39 TO THE PLAINTIFF |

Comes now the Plaintif, Richard Ferreira, (Ferreira), Pro se, who moves this United States District Court, (USDC), to ORDER the Rhode Island State Police, (RISP), to return the sum of $25,997.39, which the RISP have admitted to seizing from Ferreira, on April 29, 2016.

As grounds to allow this Motion, Ferreira would offer the attached Affidavit in support of this Motion, and the Motion For Alternative Dispute Resolution Plan Ordered By The Court.

It is prayed this Motion be allowed in order to recover the money that has no connection to any pending criminal case in the United States, and was merely seized after Ferreira, was gunned down in a hotel in Lincoln, Rhode Island. The RISP have found no criminal activity connecting the money and Ferreira; nor have the RISP filed any form of criminal charges in connection with the money against Ferreira.

Respectfully submitted,[1/]

*Richard Ferreira* (signature)

Richard Ferreira
Pro se
P.O. Box-8000
Shirley, MA. 01464

April 2, 2020

---

[1/] Judicial Notice is requested on one fact. If criminal charges were pending against anyone in connection with the $25,997.39, it has been four years since the money was seized. The time to file the charges, were prior to now, not at this time, <u>after</u> the RISP denied taking any money to begin with. It would not appear proper to levy charges, or claim investigation is ongoing, when the RISP failed to do that, <u>prior to</u>, finally admitting that the RISP had seized the $25,997.39.

This USDC has jurisdiction over the parties, and the money in question, via this Civil Action.

Ferreira is also requesting the interest that was created by the $25,997.39, which was placed into a Bank Account, see Attached Affidavit, with Exhibit-1, to verify the Bank Accounts. See Bank of America receipts at Exhibit-1.