EXHIBIT-1



Page: 1
11/29/2019

**Headquarters**
**Incident Report**

Incident #: 16RIX1-763-OF

Date/Time Reported: 04/29/2016 0630
Report Date/Time: 04/29/2016 1156
Occurred Between: 04/29/2016 0330-04/29/2016 1200
Status: Incident Open

Reporting Officer: Corporal SCOT BARUTI
Assisting Officer: Detective MARC ALBOUM
Approving Officer: Corporal SCOT BARUTI

Signature: _____

Signature: _____



| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|---|---|---|
| | LOCATION TYPE: Residence/Home/Apt./Condo    Zone: Lincoln Area
45 DOVER STREET
45 DOVER ST
FALL RIVER MA | | |
| 1 | FELONY ASSAULT/ DANG. WEAPON OR SUBSTANCE
11-5-2              11-5        2
           OCCURRED: 04/29/2016   0400 | N | Felony |

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | FERREIRA, RICHARD

DOB:
INJURIES: Other Major Injury
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1 | M | W | 37 | | |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | HARPER, GERRON A

DOB: | PARTICIPANT | M | B | 21 | | |
| 2 | SILVA, ISABELA

DOB:
EMPLOYER: MASSHEALTH | PARTICIPANT | F | W | 39 | | |

Headquarters
Incident Report

Page: 2
11/29/2019

Incident #: 16RIX1-763-OF

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 3 | FLINT, CHARLES  DOB: | OTHER | M | W | 45 | | |
| 4 | JEFFERSON, CLIFTON T  DOB: | PARTICIPANT | M | W | 23 | | |
| 5 | SANTIAGO, ABRAM  DOB: | WITNESS | M | W | 27 | | |
| 6 | WATKINSON, MARK  DOB: | WITNESS | M | W | 55 | | |

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | SUV | 2005 | MERZ | SU | GRY | | MA 2NX159 | |

STATUS: Evidence (Not Nibrs Reportable)
Property #: 16RIX1-1321-PR
VIN: 4JGAB57E15A543741
TOWED TO: Headquarters
         311 DANIELSON PKE
         SCITUATE RI 02857
TOWED BY: Knox's Towing
TOWING CHARGES:
DATE: 04/29/2016

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | BLUE FRUIT OF LOOM MENS UNDERWEAR  QUANTITY: 1    VALUE:  SERIAL #: NOT AVAIL  DATE: 04/29/2016  OWNER: FERREIRA, RICHARD | 16RIX1-1239-PR | Evidence (Not Nibrs Reportable) |
| 2 | UNLIMITED PATIENCE KHAKI SHORTS SIZE XL  QUANTITY: 1    VALUE:  SERIAL #: NOT AVAIL  DATE: 04/29/2016  OWNER: FERREIRA, RICHARD | 16RIX1-1240-PR | Evidence (Not Nibrs Reportable) |
| 3 | TOUCH DNA SWAB HNDL 3RD FLR WEST STRWELL  QUANTITY: 1    VALUE:  SERIAL #: NOT AVAIL  DATE: 04/29/2016 | 16RIX1-1241-PR | Evidence (Not Nibrs Reportable) |

Headquarters
Incident Report

Incident #: 16RIX1-763-OF

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 4 | TOUCH DNA SWAB 1ST FLR HNDL 1ST FL WTHAL<br>QUANTITY: 1  VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1242-PR | Evidence (Not Nibrs Reportable) |
| 5 | TCH DNA SWAB 1ST FL EXT OUT WEST STRWLL<br>QUANTITY: 1  VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1243-PR | Evidence (Not Nibrs Reportable) |
| 6 | TCH DNA SWB INT BAR 1ST FL OUT WEST STRW<br>QUANTITY: 1  VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1244-PR | Evidence (Not Nibrs Reportable) |
| 7 | TCH DNA SWB 3RD FL EAST STRWLL<br>QUANTITY: 1  VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1245-PR | Evidence (Not Nibrs Reportable) |
| 8 | GSR KIT FROM GERRON HARPER 7/15/94<br>QUANTITY: 1  VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1246-PR | Evidence (Not Nibrs Reportable) |
| 9 | IPHONE CHARGER CORD<br>QUANTITY: 1  VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1247-PR | Evidence (Not Nibrs Reportable) |
| 10 | BLACK G-STAR RAW T-SHIRT<br>QUANTITY: 1  VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1248-PR | Evidence (Not Nibrs Reportable) |
| 11 | BLUE LEVIS JEANS<br>QUANTITY: 1  VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1249-PR | Evidence (Not Nibrs Reportable) |
| 12 | LEFT REPUBLICA SNEAKER<br>QUANTITY: 1  VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1250-PR | Evidence (Not Nibrs Reportable) |
| 13 | RIGHT REPUBLICA SNEAKER<br>QUANTITY: 1  VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1251-PR | Evidence (Not Nibrs Reportable) |
| 14 | CARTRIDGE CASING- HALLWAY P#1<br>QUANTITY: 1  VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1252-PR | Evidence (Not Nibrs Reportable) |

Headquarters  
Incident Report

Page: 4  
11/29/2019

Incident #: 16RIX1-763-OF

| # OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|
| 15  SUSPECTED TOOTH- HALLWAY P#2<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1253-PR | Evidence (Not Nibrs Reportable) |
| 16  CARTRIDGE CASING - HALLWAY P#3<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1254-PR | Evidence (Not Nibrs Reportable) |
| 17  SUSPECTED TOOTH - HALLWAY P#4<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1255-PR | Evidence (Not Nibrs Reportable) |
| 18  RED ELASTIC - HALLWAY P#5<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1256-PR | Evidence (Not Nibrs Reportable) |
| 19  RED/BROWN STAIN - HALLWAY P#6<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1257-PR | Evidence (Not Nibrs Reportable) |
| 20  BED SHEETS - HALLWAY P#7<br>QUANTITY: 3   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1258-PR | Evidence (Not Nibrs Reportable) |
| 21  BLUE SHIRT IN DOOR - P#8<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1259-PR | Evidence (Not Nibrs Reportable) |
| 22  RED/BROWN STAIN-LEFT EXT DOOR JAMB- P#9<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1260-PR | Evidence (Not Nibrs Reportable) |
| 23  RED/BROWN STAIN EXT DOOR HANDLE- P#10<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1261-PR | Evidence (Not Nibrs Reportable) |
| 24  RED/BROWN STAIN EXT DOOR - P#11<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1262-PR | Evidence (Not Nibrs Reportable) |
| 25  RED/BROWN STAIN RGHT EXT DOOR JAMB- P#12<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1263-PR | Evidence (Not Nibrs Reportable) |

```
                            Headquarters                        Page: 5
                          Incident Report                       11/29/2019

           Incident #: 16RIX1-763-OF
```

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 26 | RED/BROWN STAIN INTER DOOR HANDLE P#13<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>   DATE: 04/29/2016 | 16RIX1-1264-PR | Evidence (Not Nibrs Reportable) |
| 27 | RED/BROWN STAIN EAST WALL NEAR DOOR P#14<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>   DATE: 04/29/2016 | 16RIX1-1265-PR | Evidence (Not Nibrs Reportable) |
| 28 | RED/BROWN STAIN CARPET NEAR DRWAY P#15<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>   DATE: 04/29/2016 | 16RIX1-1266-PR | Evidence (Not Nibrs Reportable) |
| 29 | CELL PHONE CORDS W CHARGER P#16<br>QUANTITY: 3    VALUE:<br>SERIAL #: NOT AVAIL<br>   DATE: 04/29/2016 | 16RIX1-1267-PR | Evidence (Not Nibrs Reportable) |
| 30 | SUSPECTED TEETH INTERIOR ROOM- P#17<br>QUANTITY: 4    VALUE:<br>SERIAL #: NOT AVAIL<br>   DATE: 04/29/2016 | 16RIX1-1268-PR | Evidence (Not Nibrs Reportable) |
| 31 | BROWN PURSE -FLOOR OF ROOM- P#18<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>   DATE: 04/29/2016 | 16RIX1-1269-PR | Evidence (Not Nibrs Reportable) |
| 32 | ROSE/WHITE I-PHONE W/ CASE P#19<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>   DATE: 04/29/2016 | 16RIX1-1270-PR | Evidence (Not Nibrs Reportable) |
| 33 | MISC. ITEMS FROM FLOOR ROOM- P#21<br>QUANTITY: 1    VALUE: *includes $20.12*<br>SERIAL #: NOT AVAIL<br>   DATE: 04/29/2016 | 16RIX1-1271-PR | Evidence (Not Nibrs Reportable) |
| 34 | I-PAD ON DESK P#22<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>   DATE: 04/29/2016 | 16RIX1-1272-PR | Evidence (Not Nibrs Reportable) |
| 35 | SUSPECTED DRUGS/PACKAGING ON DESK P#23<br>QUANTITY: 4    VALUE:<br>SERIAL #: NOT AVAIL<br>   DATE: 04/29/2016 | 16RIX1-1273-PR | Evidence (Not Nibrs Reportable) |
| 36 | BLACK PURSE ON DESK P#24<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>   DATE: 04/29/2016 | 16RIX1-1274-PR | Evidence (Not Nibrs Reportable) |

Incident #: 16RIX1-763-OF

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 37 | BASEBALL HAT ON DESK P#25<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1275-PR | Evidence (Not Nibrs Reportable) |
| 38 | SNEAKERS FROM BETWEEN BEDS P#26<br>QUANTITY: 2   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1276-PR | Evidence (Not Nibrs Reportable) |
| 39 | WOMENS SANDLES ON FLOOR- P#27<br>QUANTITY: 2   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1277-PR | Evidence (Not Nibrs Reportable) |
| 40 | BLACK JACKET W/ DESIGN ON CHAIR- P#28<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1278-PR | Evidence (Not Nibrs Reportable) |
| 41 | SOCKS ON HEATER- P#29<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1279-PR | Evidence (Not Nibrs Reportable) |
| 42 | GATORADE BOTTLE ENTRYWAY TABLE -P#30<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1280-PR | Evidence (Not Nibrs Reportable) |
| 43 | GATORADE BOTTLE NGHTSTND BETWN BEDS-P#31<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1281-PR | Evidence (Not Nibrs Reportable) |
| 44 | PIECE OF PLASTIC NEAR NORTH BED- P#32<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1282-PR | Evidence (Not Nibrs Reportable) |
| 45 | SUSPECTED TOOTH CARPET INSIDE DRWY- P#33<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1283-PR | Evidence (Not Nibrs Reportable) |
| 46 | ROSE/WHITE IPHONE P#20<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1284-PR | Evidence (Not Nibrs Reportable) |
| 47 | BLACK COOLPAD - TOP CTR CONSOLE<br>QUANTITY: 1   VALUE: $100.00<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1288-PR | Seized (Not Previously Stolen) |

```
                          Headquarters                              Page:   7
                         Incident Report                          11/29/2019

              Incident #: 16RIX1-763-OF
```

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 48 | GLD/WHT IPHONE 6S+ BLK CASE FROM VEHICLE<br>QUANTITY: 1    VALUE: $500.00<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1289-PR | Seized (Not Previously Stolen) |
| 49 | BLACK HUAWEI CELLPHONE REAR OF MERCEDES<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1290-PR | Evidence (Not Nibrs Reportable) |
| 50 | VARIOUS BAGS FROM CASH SEIZURE - GLV BOX<br>QUANTITY: 3    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1291-PR | Evidence (Not Nibrs Reportable) |
| 51 | ASSORTED US CURRENCY - GLOVE BOX<br>QUANTITY: 1    VALUE: $23,040.00<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016<br>OWNER: FERREIRA, RICHARD | 16RIX1-1292-PR | Seized (Not Previously Stolen) |
| 52 | BLK MOTOROLA CELL/CASE - LNDRY BAG CAR<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1293-PR | Evidence (Not Nibrs Reportable) |
| 53 | BLK LG CELL - CLEAR BAG IN TRUNK<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1294-PR | Evidence (Not Nibrs Reportable) |
| 54 | BLK LG CELL NO BACKING - CLEAR BAG TRUNK<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1295-PR | Evidence (Not Nibrs Reportable) |
| 55 | BLK COOLPAD CRCK SCREEN - CLEAR BAG TRNK<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1296-PR | Evidence (Not Nibrs Reportable) |
| 56 | WHT/SLV IPHONE 6+ SLV CASE-CLR BAG TRUNK<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1297-PR | Evidence (Not Nibrs Reportable) |
| 57 | BLK IPAD GLD CASE-CLEAR BAG IN TRUNK<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1298-PR | Evidence (Not Nibrs Reportable) |
| 58 | SCRIP BTL-26 PINK PILLS- CTR CONSOLE<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1299-PR | Evidence (Not Nibrs Reportable) |

```
                         Headquarters                               Page: 8
                       Incident Report                             11/29/2019

              Incident #: 16RIX1-763-OF
```

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 59 | ASSORTED FREE STNDNG CASH WITHIN VEHICLE<br>QUANTITY: 6    VALUE: $25.00<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1300-PR | Evidence (Not Nibrs Reportable) |
| 60 | TOUCH DNA STEERING WHEEL-MERCEDES<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1302-PR | Evidence (Not Nibrs Reportable) |
| 61 | TOUCH DNA SHIFTER - MERCEDES<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1303-PR | Evidence (Not Nibrs Reportable) |
| 62 | MOUNTAIN DEW BTL - FRONT PASS SEAT<br>QUANTITY: 1    VALUE: $0.00<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1304-PR | Seized (Not Previously Stolen) |
| 63 | RED BULL CAN - FRNT PASS CUP HOLDER<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1305-PR | Evidence (Not Nibrs Reportable) |
| 64 | COUNTERFEIT $20 BILL<br>QUANTITY: 1    VALUE: $0.00<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016<br>OWNER: SILVA, ISABELA | 16RIX1-1306-PR | Seized (Not Previously Stolen) |
| 65 | ASSORTED US CURRENCY-GUESS PURSE TRUNK<br>QUANTITY: 1    VALUE: $2,210.00<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1307-PR | Evidence (Not Nibrs Reportable) |
| 66 | GUESS PURSE FROM TRUNK<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1308-PR | Evidence (Not Nibrs Reportable) |
| 67 | MA LIC FROM GUESS PURSE - C FLINT<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1309-PR | Evidence (Not Nibrs Reportable) |
| 68 | $699.27 RECOVERED FR BLACK PURSE:1274-PR<br>QUANTITY: 1    VALUE: $699.27<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1310-PR | Evidence (Not Nibrs Reportable) |
| 69 | TOUCH DNA SWAB-45 CAL CASING FR 1252-PR<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1311-PR | Evidence (Not Nibrs Reportable) |

Handwritten annotations: "3" next to item 59, "4" next to item 65, "5" next to item 68.

Incident #: 16RIX1-763-OF

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 70 | TOUCH DNA SWAB-45 CALCASING FR 1254-PR<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1312-PR | Evidence (Not Nibrs Reportable) |
| 71 | SWAB OF RED BROWN STAIN FROM 1254-PR<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/02/2016 | 16RIX1-1313-PR | Evidence (Not Nibrs Reportable) |
| 72 | BLACK USB DRIVE- DOT FOOTAGE RTE 146/116<br>QUANTITY: 1   VALUE: $1.00<br>SERIAL #: NOT AVAIL<br>DATE: 05/03/2016 | 16RIX1-1315-PR | Seized (Not Previously Stolen) |
| 73 | 3 $1 BILLS RECOVERED FROM 1269-PR<br>QUANTITY: 3   VALUE: $3.00<br>SERIAL #: NOT AVAIL<br>DATE: 05/03/2016 | 16RIX1-1316-PR | Evidence (Not Nibrs Reportable) |
| 74 | SET OF KEYS FROM 1271-PR<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/03/2016 | 16RIX1-1317-PR | Evidence (Not Nibrs Reportable) |
| 75 | MA LICENSE FROM 1269-PR- ISABELA SILVA<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/03/2016 | 16RIX1-1318-PR | Evidence (Not Nibrs Reportable) |
| 76 | TOUCH DNA SWAB OF EXT DOOR HANDLE RM 318<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 04/29/2016 | 16RIX1-1322-PR | Evidence (Not Nibrs Reportable) |
| 77 | CUTTING STAIN #1 1248-PR<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/03/2016 | 16RIX1-1324-PR | Evidence (Not Nibrs Reportable) |
| 78 | CUTTING STAIN #2 1248-PR<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/03/2016 | 16RIX1-1325-PR | Evidence (Not Nibrs Reportable) |
| 79 | CUTTING OF SHOELACE FROM 1250-PR<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/03/2016 | 16RIX1-1326-PR | Evidence (Not Nibrs Reportable) |
| 80 | SWAB OF SUSPECTED BLOOD FROM 1251-PR<br>QUANTITY: 1   VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/03/2016 | 16RIX1-1327-PR | Evidence (Not Nibrs Reportable) |

Headquarters  
Incident Report

Page: 10  
11/29/2019

Incident #: 16RIX1-763-OF

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 81 | LATENT LIFT CARD EXT DOOR HAND RM 318<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/05/2016 | 16RIX1-1336-PR | Evidence (Not Nibrs Reportable) |
| 82 | LATENT PRINT LIFTS FROM MERCEDES<br>QUANTITY: 4    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/05/2016 | 16RIX1-1337-PR | Evidence (Not Nibrs Reportable) |
| 83 | SURVEILLANCE FOOTAGE COURTYARD HOTEL<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 05/06/2016 | 16RIX1-1358-PR | Evidence (Not Nibrs Reportable) |
| 84 | STANLEY SCREW DRIVER - FRONT DRIV SIDE<br>QUANTITY: 1    VALUE: $0.00<br>SERIAL #: NOT AVAIL<br>DATE: 05/09/2016 | 16RIX1-1363-PR | Seized (Not Previously Stolen) |
| 85 | ROSE COLORED I PHONE 6S PLUS, A1687<br>QUANTITY: 1    VALUE: $500.00<br>SERIAL #: FCC ID:BCG-E2944A<br>DATE: 05/10/2016<br>OWNER: HARPER, GERRON ALAN | 16RIX1-1393-PR | Seized (Not Previously Stolen) |
| 86 | ITEMS FROM HAMPTON INN WESTPORT<br>QUANTITY: 1    VALUE:<br>SERIAL #: NOT AVAIL<br>DATE: 06/17/2016 | 16RIX1-1967-PR | Held for Safe Keeping |

**STATE OF RHODE ISLAND**
**GENERAL FUND**
STATE POLICE
LOC. #2070

Prepared By: _____
Deposited By: _____
BAG #: _____
DATE: _____

| DEPOSIT TICKET | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| CHECKS LIST EACH SEPARATELY | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| | 22,770 | |

Bank of America

TOTAL $ 33,040.00

TR
Do Not Use For Pre-encoded Items
Harland Clarke 00210997S
IRDTQBB

TOTAL ITEMS

DEPOSIT TICKET | DOLLARS | CENTS

TR
Do Not Use For Pre-encoded Items
Harland Clarke 00210997S
IRDTQBB

TOTAL ITEMS

770

22,770.00

**STATE OF RHODE ISLAND**
**GENERAL FUND**
STATE POLICE
LOC. #2070

Prepared By: K. Shibley
Deposited By: K. Shibley
BAG #: ___
DATE: 5/3/16

**DEPOSIT TICKET**

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 2935 | 00 |
| COINS | 227 | |
| CHECKS LIST EACH SEPARATELY | | |

Total: $2734.27 / 2937.27

Bank of America

---

Prepared By: Det. K. Shibley
Deposited By: Det K. Shibley
BAG #: ___
DATE: 5/3/16

**DEPOSIT TICKET**

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 2935 | 00 |
| COINS | 227 | |
| CHECKS LIST EACH SEPARATELY | | |

Total: $2734.27

Certified Return Receipt Requested Mail Service
No. 7017 0660 0000 4570 8775

April 2, 2020

Dept. of Correction
Attn: General Counsel
      Legal Division
50 Maple Street, Suite-3
Milford, Massachusetts 01757

RE: Protective Order Issued From
    U.S. District Court, (USDC),
    Rhode Island, To Secure, And
    Store Dept. of Correction
    Telephone Calls Of Nicole Burbe,
    508-419-8581, Between The Dates
    Of March 1, 2019 and April 30,
    2019, With Inmate Richard Ferreira

Dear General Counsel:

   The USDC in Rhode Island, 62.2 miles from Souza-Barenowski Correctional Center, (SBCC), within jurisdiction of 100 miles of USDC, has issued a Protective Order for all phone calls between Inmate Richard Ferreira, W110543, and Nicole Burbe, 508-419-8581, that occurred between March 1, 2019 and April 30, 2019. Please secure these telephone calls, and do not destroy them.

   Thank you for your time in this matter. If you have any questions, please contact the USDC. Should you decide not to follow this Court Order, please feel free to notify me of that fact. Again, thank you for your time in this matter.

Respectfully submitted,

*Richard Ferreira*
Richard Ferreira
Pro se
P.O. Box-8000
Shirley, MA. 01464

cc: Steve Kenneway, Superintendent,
       SBCC
    Internal Perimeter Security,
    ✓  Lt. Roy, SBCC
    ✓ USDC, Rhode Island, Barbara
       Barletta, Case Manager,
       401-752-7202

## Orders on Motions

1:19-cv-00200-JJM-PAS Ferreira v. Town of Lincoln et al

### U.S. District Court

### District of Rhode Island

## Notice of Electronic Filing

The following transaction was entered on 3/23/2020 at 8:31 AM EDT and filed on 3/23/2020
**Case Name:**        Ferreira v. Town of Lincoln et al
**Case Number:**      1:19-cv-00200-JJM-PAS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER: The Plaintiff's [31] Motion for Protective Order is GRANTED AS UNOPPOSED - So Ordered by Chief Judge John J. McConnell, Jr. on 3/23/2020. (Barletta, Barbara)**

**1:19-cv-00200-JJM-PAS Notice has been electronically mailed to:**

Chrisanne E. Wyrzykowski    cwyrzykowski@riag.ri.gov, kragosta@riag.ri.gov

Justin J. Sullivan    jjsullivan@riag.ri.gov, ccole@riag.ri.gov

Marc DeSisto    marc@desistolaw.com, jill@desistolaw.com, kasey@desistolaw.com

Patrick K. Burns    pburns@desistolaw.com, jill@desistolaw.com, kasey@desistolaw.com

**1:19-cv-00200-JJM-PAS Notice has been delivered by other means to:**

Richard Ferreira
W110543
PO Box 8000
Shirley, MA 01464

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Civil Docket No:
1:19-cv-00200-JJM-PAS

| | |
|---|---|
| RICHARD FERREIRA <br> Plaintiff, Pro se <br><br> v. <br><br> TOWN OF LINCOLN, Et al. <br> Defendants | ) <br> ) PLAINTIFF'S MOTION FOR A PROTECTIVE <br> ) ORDER OF A RECORDED PRISON TELEPHONE <br> ) CALL BETWEEN THE PLAINTIFF AND THE <br> ) DEFENDANT DETECTIVE GORMAN WHO ADMITTED <br> ) THE RHODE ISLAND STATE POLICE (RISP) <br> ) "...TOOK THE MONEY..." <br> ) F.R.Civ.P. Rule 26(c) |

Comes now the Plaintiff, Richard Ferreira, (Ferreira), Pro se, who moves this United States District Court, (USDC), to issue the following Protective Order:

> "To the Massachusetts Department Of Correction, (DOC) regarding Richard Ferreira, Inmate Convict Number W110543, the DOC will within 10 working days of this ORDER, take the following action: (1). identify the telephone 508-419-8581, belonging to Nicole Burbe, a person that Richard Ferreira frequently calls; (2). the DOC will at cost to Richard Ferreira, make two identical copies of all telephone calls between Richard Ferreira, and Nicole Burbe, between March 1, 2019 until April 30, 2019; (3). one copy of the recordsing will be given to Richard Ferreira, so he may listen to the recordings, and plan his strategy in this case, and the DOC will allow him to listen to this copy of the telephone conversations; (4). the DOC will at cost to Richard Ferreira, take the second copy of the telephone conversations of Richard Ferreira, and Nicole Burbe, from March 1, 2019 to April 31, 2019, and SEAL that second taped recording of conversations, in accordance with the Federal Rules of Civil Procedure, and serve that second taped recording to the United States

2

District Court, District of Rhode Island, ATTN: Clerk, Chief Judge John F. McConnell, Jr., 1 Exchange Terrace, Providence, Rhode Island, 02903."

As grounds to allow this unusual Motion, Ferreira, would offer the attached Affidavit, inclusive of ¶¶2, at Exhibit-2, which details the reason for this unusual request. The local Lincoln Police Dept., (LPD), directly implicated the Rhode Island State Police in the missing $67,000.00 from the SUV of Ferreira[1]

Based on the foregoing contents and information, it is prayed that this Motion be allowed, <u>at cost to</u> Richard Ferreira.

Respectfully submitted,                                   January _16_ 2020

_/s/ Richard Ferreira_
Richard Ferreira
Pro se    Incarcerated
P.O. Box-8000
Shirley, MA. 01464

---

[1]/This is a situation where the local police, the LPD, are pointing the finger at the RISP. Anyway that the USDC looks at this matter, this telephone admission by Detective (Defendant) Gorman, is not only best evidence of where the $67,000.00 went; but who took it, and was last seen with it. This is evidence that needs to be preserved, and since Ferreira, has the responsibility to move this case forward. He is requesting the Protective Order issue as written above. So far, all Defendants, and Defense Counsel have been non-cooperative in this matter ... and that could easily be explained, because they don't want to have to point the finger at the RISP.