U.S. District Court
Attn: Clerk of Court
1 Exchange Terrace
Providence, R.I. 02903



CERTIFIED MAIL
7017 0660 0000 4570 8751

DEZ.

Richard Ferreira
Pro se
P.O. Box-8000
Shirley, MA. 01464