UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD FERREIRA
    *Plaintiff,*

v.                                                                                         C.A. No. 1:19-cv-00200-JJM-PAS

TOWN OF LINCOLN, LINCOLN POLICE
DEPARTMENT, CHIEF OF POLICE,
CAPTAIN PHILIP GOULD, DETECTIVE
LIEUTENANT DANA L. PACKER
DETECTIVE CHRIS NIGHTINGALE
DETECTIVE GORMAN, SERGEANT
JASON BOLDUC, SERGEANT WALTER M.
PTASZEK, LPD OFFICER STEPHEN
RODRIGUES, LPD OFFICER JOSEPH ANTERNI,
LPD OFFICER LEGARE, LPD OFFICER
KINNIBURGH, LPD OFFICER SEXTON, THE
RHODE ISLAND STATE POLICE, JAMES
MANNI, SUPERINTENDENT, (RISP
DEFENDANTS UNKNOWN),
JOHN DOES 1-5
    *Defendants.*

## LINCOLN DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR ALTERNATIVE DISPUTE RESOLUTION PLAN

Plaintiff Richard Ferreira ("Plaintiff") has submitted a filing entitled "Plaintiff's Motion for Alternative Dispute Resolution Plan Ordered by the Court." See Plaintiff's Motion for Alternative Dispute Resolution Plan, Docket at #40. In this filing, Plaintiff asks the Court to order the instant matter into alternative dispute resolution. Id. Plaintiff also attaches an affidavit detailing the events that give rise to this matter and the purported reasons that alternative dispute resolution is appropriate. See generally Plaintiff's Affidavit in Support of Motion for Alternative Dispute Resolution Plan and Motion for Partial Summary Judgment, Docket at #41.

It is submitted that alternative dispute resolution is not appropriate at this time. The Lincoln Defendants are currently contemplating a dispositive motion, and therefore object to Plaintiff's

*Ferreira v. Lincoln*
*C.A. No. 1:19-cv-00200-JJM-PAS*

motion.  The Lincoln Defendants therefore respectfully request that Plaintiff's motion for an alternative dispute resolution plan be denied, allowing the matter to proceed in a manner that allows for a dispositive motion to be filed.

    Defendants,
    By their Attorneys,

    */s/ Marc DeSisto*

    */s/ Patrick K. Burns*
    Marc DeSisto, Esq. (#2757)
    Patrick K. Burns, Esq. (#10107)
    DeSisto Law LLC
    60 Ship Street
    Providence, RI 02903
    (401) 272-4442
    marc@desistolaw.com
    pburns@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify, that on this 14th day of April, 2020, I electronically filed and served this document through the electronic filing system upon the following:

Chrisanne Wyrzykowski (#7565)    Justin J. Sullivan (#9770)
cwyrzykowski@riag.ri.gov    jjsullivan@riag.ri.gov

I further certify that a true and accurate copy of the within was mailed, postage pre-paid, this 14th day of April, 2020, to:

Richard Ferreira, *Pro Se*
PO Box 8000
Shirley, MA 01464

    */s/ Marc DeSisto*