UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Civil Docket No:
1:19-cv-00200-JJM-PAS

RICHARD FERREIRA )
Plaintiff, Pro se ) PLAINTIFF'S MOTION TO STAY PROCEEDINGS
) UNTIL JULY 31, 2020 DUE TO COVID-19
v. ) EMERGENCY PRISON TRANSFER TO MINIMUM
) SECURITY HALF WAY HOUSE
TOWN OF LINCOLN, Et al. )
Defendants )

Comes now the Plaintiff, Richard Ferreira, (Ferreira), Pro se, in the above entitled case, and moves this United States District Court, (USDC), to allow this Motion and ORDER, this case stayed until the close of business of July 31, 2020. As grounds to allow this Motion, Ferreira would offer the attached Affidavit in support.

Respectfully submitted,                          Dated June/16/2020

*Richard Ferreira* (signature)
Richard Ferreira
Pro se - Incarcerated
P.O. Box-8000
Shirley, MA. 01464