UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD FERREIRA,
    *Plaintiff,*
v.

TOWN OF LINCOLN, et al.,
    *Defendants.*

C.A. No. 1:19-cv-000200-JJM-PAS

## **LINCOLN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come Defendants Town of Lincoln, Lincoln Police Department, Chief of Police, Philip Gould, Dana L. Packer, Christopher Nightingale, Sean Gorman, Jason Bolduc, Walter M. Ptaszek, Stephen Rodrigues, Joseph Anterni, Brendan Legare, Kyle Kinniburgh, and Jonathon Sexton, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move this Honorable Court for summary judgment on Plaintiff's Second Amended Complaint, as there exists no genuine issue of material fact. In support thereof, Defendants submit the accompanying Memorandum of Law.

    Defendants,
    By their attorneys,

    */s/Marc DeSisto*

    */s/Patrick K. Burns*
    Marc DeSisto, Esq. (#2757)
    Patrick K. Burns, Esq. (#10107)
    DESISTO LAW LLC
    60 Ship Street
    Providence, RI 02903
    (401) 272-4442
    marc@desistolaw.com
    pburns@desistolaw.com

1

2

## CERTIFICATION OF SERVICE

I hereby certify that on this 27th day of August, 2020, I electronically filed and served this document through the electronic filing system upon the following:

Chrisanne Wyrzykowski (#7565)          Justin J. Sullivan (#9770)
cwyrzykowski@riag.ri.gov               jjsullivan@riag.ri.gov

I further certify that a true and accurate copy of the within was mailed, postage pre-paid, this 27th day of August, 2020, to:

Richard Ferreira, *Pro Se*
PO Box 8000
Shirley, MA 01464

/s/Patrick K. Burns