# Exhibit B

Lincoln Police Department
Incident Report

Page: 1
03/26/2019

**Incident #:** 16-835-OF
**Call #:** 16-10745

Date/Time Reported: 04/29/2016 0515
Report Date/Time: 04/29/2016 0801
Occurred Between: 04/29/2016 0500-04/29/2016 0540
Status: Incident Closed By Arrest

Reporting Officer: Patrol Officer STEPHEN RODRIGUES
Assisting Officer: Patrol Officer JOSEPH ANTERNI
Approving Officer: Sergeant JASON BOLDUC

Signature: _____
Additional Cases: 16-254-AR
16-253-AR

Signature: _____

| # | OFFENSE(S) | | ATTEMPTED | TYPE |
|---|---|---|---|---|

LOCATION TYPE: Hotel/Motel/Temp. Lodgings    Zone: Middle North
COURTYARD MARRIOTT
636 WASHINGTON HWY
LINCOLN RI 02865

1  ASSAULT W/ INTENT TO COMMIT A FELONY                    N         Felony
   11-5-1                  11-5      1 - SERIOUS INJURY
           OCCURRED: 04/29/2016   0500
    SUSPECTED OF USING: Not Applicable
     CRIMINAL ACTIVITY: None/Unknown
    WEAPON/FORCED USED: Handgun
          BIAS AGAINST: No Bias
 AGGR. ASSAULT/HOMICIDE: Unknown Circumstances

2  ROBBERY-1ST DEGREE                                      N         Felony
   11-39-1/1D              11-39     1
           OCCURRED: 04/29/2016   0520
    SUSPECTED OF USING: Not Applicable
     CRIMINAL ACTIVITY: None/Unknown
    WEAPON/FORCED USED: Handgun

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|

1  FERREIRA, RICHARD                              M    W    37
   45 DOVER ST
   FALL RIVER MA

DOB: 07/11/1978
INJURIES: Other Major Injury, Possible Internal Injuries, (Loss of Teeth)
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Non Resident
TAKEN TO: Rhode Island Hospital
TAKEN BY: Rescue 2
TREATED DATE: 04/29/2016 @ 0545
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1   2

Lincoln-RFP-000015