August 31, 2020

United States District Court
Attn: Office of the Clerk
Providence, Rhode Island 02903-1779

RE: Ferreira v. Town Of Lincoln, Et al.,
Docket: 19-cv-00200-JJM-PAS; Enclosed
Opposition To Some Of The Defendants
Motion For Summary Judgment; Affidavit
In Support Of The Opposition

Dear clerk:

Greetings. I trust that you are healthy and COVID-19 free.

Some of the Defendants have filed for Summary Judgment. I have enclosed an eight page OPPOSITION, with a five page AFFIDAVIT in support. I am in transition right now, awaiting transfer. I have no serious amount of legal paperwork on this case, as a result of that transfer. I have filed the OPPOSITION/AFFIDAVIT without exhibits for that reason.

Please file the OPPOSITION/AFFIDAVIT with the court, and I truly look forward to hearing from you in this matter, when the court has rendered a judgment on the Motion For Summary Judgment. Again, thank you for your time, as always.

Respectfully submitted,

*(signature)*
Richard Ferreira
Pro se
P.O. Box-8000
Shirley, MA. 01464

CERTIFICATE OF SERVICE

I, Richard Ferreira, on oath, 28 USCS, §1746, state on oath, that I have caused one copy of these pleadings to be served on Defense Counsel, Attorney DeSisto, 60 Ship St., Providence, RI 02903, via first class mail on this date: 9/1/20 ,
Signed under the pains and penalties of perjury on this date: 9/1/20 .

*(signature)*
Richard Ferreira, Pro se