UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD FERREIRA,
    *Plaintiff,*
v.

TOWN OF LINCOLN, et al.,
    *Defendants.*

C.A. No. 1:19-cv-00200-JJM-PAS

## LINCOLN DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)

Now come the Town of Lincoln, Lincoln Police Department, Brian Sullivan, Philip Gould, Sean Gorman, Dana Packer, Christopher Nightingale, Walter Ptaszek, Jason Bolduc, Stephen Rodrigues, Joseph Anterni, Brendan Legare, Kyle Kinniburgh, and Jonathon Sexton (collectively the "Lincoln Defendants") and file this motion for entry of final judgment in accordance with Rule 54(b) of the Federal Rules of Civil Procedure. In support thereof, the Lincoln Defendants rely upon the attached memorandum of law.

    Defendants,
    By their attorneys,

    */s/Marc DeSisto*

    */s/Patrick K. Burns*
    Marc DeSisto, Esq. (#2757)
    Patrick K. Burns, Esq. (#10107)
    DESISTO LAW LLC
    60 Ship Street
    Providence, RI 02903
    (401) 272-4442
    marc@desistolaw.com
    pburns@desistolaw.com

1

## CERTIFICATION OF SERVICE

I hereby certify that on this 1st day of December, 2020, I electronically filed and served this document through the electronic filing system upon the following:

Chrisanne Wyrzykowski (#7565)         Justin J. Sullivan (#9770)
cwyrzykowski@riag.ri.gov              jjsullivan@riag.ri.gov

I further certify that a true and accurate copy of the within was mailed, postage pre-paid, this 1st day of December, 2020, to:

Richard Ferreira, *Pro Se*
45 Dover Street
Fall River, MA 02721
(774) 379-3621

/s/Patrick K. Burns