# A UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Richard Ferreira** ) | |
| ) | |
| V. ) | C.A. No. 19-200-JJM |
| ) | |
| **Town of Lincoln, Lincoln Police Department,** ) | |
| **Lincoln Police Chief, Captain Phillip Gould,** ) | |
| **Detective Lt. Dana L. Parker, Detective Chris** ) | |
| **Nightengale, Detective Gorman, Sergeant Jason** ) | |
| **Bolduc, Sergeant Walter Paszek, Lincoln Police** ) | |
| **Officer Stephen Rodrigues, Lincoln Police** ) | |
| **Officer Joseph Anterni, Lincoln Police Officer** ) | |
| **Legere, Lincoln Police Officer Kinniburg,** ) | |
| **Lincoln Police Officer Sexton, Rhode Island** ) | |
| **State Police, Superintendent James Manni,** ) | |
| **Detective Sergeant DeMarco, Corporal Scott** ) | |
| **Baruti, Detective Lt. Grassel, Trooper Hirsch** ) | |
| **and Trooper Grasso** ) | |

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Defendants against the Plaintiff pursuant to the Memorandum and Order of Chief Judge John J. McConnell, Jr. dated November 20, 2020 GRANTING Municipal Defendants' Motion for Summary Judgment and the Text Order dated February 19, 2021 GRANTING as unopposed State Defendants' Motion for Summary Judgment.**

                                                                                    **Enter**:

                                                                                    **/s/ Barbara Barletta**
                                                                                    **Deputy Clerk**

**DATED:   February 19, 2021**